**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NELSON ESPINAL, on behalf of himself and all others similarly situated, | Docket No: 2:17-cv-06543-SJF-AYS |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| -against- | |
| CLIENT SERVICES, INC. | |
| Defendant. | |

Now comes the Plaintiff NELSON ESPINAL, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

      Respectfully submitted,

      By: /s/ Daniel Cohen
      Daniel Cohen, Esq.
      Daniel Cohen, PLLC
      300 Cadman Plaza W, 12th floor
      Brooklyn, New York 11201
      Phone: (646) 645-8482
      Fax:    (347) 665-1545
      Email: Dan@dccohen.com
      *Attorneys for Plaintiff*

Dated:    Brooklyn, New York
            January 22, 2018